UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L<small>ITA</small> J<small>OHNSON</small> o/b/o A.L.M., <small>A</small>
M<small>INOR</small>,

      Plaintiff,

v.

C<small>OMMISSIONER OF</small> S<small>OCIAL</small> S<small>ECURITY</small>,

      Defendant.

_____/

Case No. 15-11031

S<small>ENIOR</small> U.S. D<small>ISTRICT</small> J<small>UDGE</small>
A<small>RTHUR</small> J. T<small>ARNOW</small>

U.S. M<small>AGISTRATE</small> J<small>UDGE</small>
A<small>NTHONY</small> P. P<small>ATTI</small>

**O**RDER **A**DOPTING **R**EPORT AND **R**ECOMMENDATION [16]; **D**ENYING **P**LAINTIFF'S
**M**OTION FOR **S**UMMARY **J**UDGMENT [14]; AND **G**RANTING **D**EFENDANT'S **M**OTION
FOR **S**UMMARY **J**UDGMENT [15]

      Plaintiff, on behalf of her minor daughter, seeks judicial review of an Administrative Law Judge's denial of her daughter's application for supplemental security income child disability benefits. On June 23, 2016, the Magistrate Judge issued a Report and Recommendation [Dkt. #16] on the parties' motions for summary judgment [14, 15]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [16] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [14] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [15] is **GRANTED**.

**SO ORDERED**.

Dated: August 10, 2016

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge